PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NARESH SUREH PATEL,<br><br>Defendant. | CASE NO. 1:16-CR-00181-LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND FINDINGS AND ORDER<br><br>DATE: March 20, 2017<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for status on March 20, 2017.

2.   By this stipulation, defendant now moves to continue the status conference until May 1, 2017, and to exclude time between March 20, 2017, and May 1, 2017.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   The government has represented that the discovery associated with this case includes numerous police reports and recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel for defendant desires additional time to review discovery and investigate the defendant's case.

   b)   In addition, the parties have engaged in plea discussions, and counsel for

defendant would desire additional time to consult with the government regarding a plea agreement.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 20, 2017 to May 1, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  February 15, 2017        PHILLIP A. TALBERT
                      United States Attorney

                       /s/ ROSS PEARSON
                      ROSS PEARSON
                      Assistant United States Attorney

Dated:  February 15, 2017         /s/ Julissa Echevarria
                      Julissa Echevarria
                      Counsel for Defendant
                      NARESH SUREH PATEL

**ORDER**

IT IS SO ORDERED.

Dated:   **February 17, 2017**                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE