HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. McCLINTOCK, CSB #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:   (916) 498-5700
Facsimile:    (916) 498-5710

Attorneys for Defendant
NARESH SUREH PATEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NARESH SUREH PATEL,<br><br>Defendant. | Case No. 1:16-CR-00181 JTL<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE**<br><br>Judge: Hon. Jennifer L. Thurston |

It is hereby stipulated and agreed to between the United States of America, by and through ROSS PEARSON, Assistant United States Attorney, and defendant NARESH SUREH PATEL, by and through his counsel, ANN C. McCLINTOCK, Assistant Federal Defender, that the following briefing schedule be set to give the parties sufficient time to obtain and review needed records. This additional time is requested due to delays experienced by the defense in communicating with the defendant and the resulting need to provide additional follow-up work.

Defendant's Supplemental Brief in support of his Motion for Reduction in Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), docket entry no. 92, or Notice of not

-1-

filing such a brief, shall be filed by March 11, 2024.  The government's Response shall be filed by April 10, 2024.  Defendant's Reply shall be filed by April 25, 2024.

DATED: February 9, 2025          Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  *s/ Ann C. M<sup>c</sup>Clintock*
                                  ANN C. M<sup>c</sup>CLINTOCK
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  NARESH SUREH PATEL

DATED: February 9, 2024          PHILLIP A. TALBERT
                                  United States Attorney

                                  *s/ Ross Pearson*
                                  ROSS PEARSON
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

                                      \* \* \*

## O R D E R

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

   Dated:   **February 12, 2024**

                                                          UNITED STATES DISTRICT JUDGE