HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, CA Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:   (916) 498-5700
Facsimile:    (916) 498-5710

Attorneys for Defendant
NARESH SUREH PATEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NARESH SUREH PATEL,<br><br>    Defendant. | Case No. 1:16-CR-00181 JTL<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE**<br><br>Judge: Hon. Jennifer L. Thurston |
|---|---|

It is hereby stipulated and agreed to between the United States of America, by and through ROSS PEARSON, Assistant United States Attorney, and defendant NARESH SUREH PATEL, by and through his counsel, ANN C. M<sup>c</sup>CLINTOCK, Assistant Federal Defender, that the following briefing schedule be set to give the parties sufficient time to obtain and review needed records. This additional time is requested due to ongoing delays experienced by the defense in communicating with the defendant and the resulting need to provide additional follow-up work.

Defendant's Supplemental Brief in support of his Motion for Reduction in Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), docket entry no. 92, or Notice of not

-1-

filing such a brief, shall be filed by June 17, 2024.  The government's Response shall be filed by July 31, 2024.  Defendant's Reply shall be filed by August 14, 2024.

| | |
|---|---|
| DATED: May 6, 2025 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | *s/ Ann C. M<sup>c</sup>Clintock*<br>ANN C. M<sup>c</sup>CLINTOCK<br>Assistant Federal Defender<br>Attorney for Defendant<br>NARESH SUREH PATEL |
| DATED: May 6, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | *s/ Ross Pearson*<br>ROSS PEARSON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

\* \* \*

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated:   **May 6, 2024**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE