HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. MCCLINTOCK, #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
NARESH SUREH PATEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-cr-00181 JLT |
| Plaintiff, | [~~PROPOSED~~] SEALING ORDER |
| v. | JUDGE:  Hon. Jennifer L. Thurston |
| NARESH SUREH PATEL, | |
| Defendant-Movant. | |

IT IS HEREBY ORDERED that the Request to Seal Exhibit 1 to Defendant-Movant's Supplemental Brief in Support of Motion for Reduction in Sentence Pursuant to 18 U.S.C. §3582(c)(1)(A) is granted.  Exhibit 1 shall be filed under seal until further order of the Court as it contains confidential medical information.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d1462 (9th Cir. 1990).  The Court finds that for the reasons stated in Defendant's Request, sealing Exhibit 1 serves a compelling interest.  The further finds that, in the absence of sealing, the compelling interests of the Defendant would be harmed.

IT IS SO ORDERED.

Dated:   **June 18, 2024**

_____
UNITED STATES DISTRICT JUDGE